Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
COUNTY OF CARSON CITY, CARSON CITY SHERIFF'S DEPT,
KEN FURLONG, individually, and in his official capacity as
Sheriff for COUNTY OF CARSON CITY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TEDESCO, individually, and as Administrator of the ESTATE OF RYAN TEDESCO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF CARSON CITY; CARSON CITY SHERIFF'S DEPT; KEN FURLONG, individually, and in his official capacity as Sheriff for COUNTY OF CARSON CITY; and DOES I through XX, inclusive,<br><br>Defendants. | Case No.   3:23-cv-00304-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff MICHAEL TEDESCO, individually, and as Administrator of the ESTATE OF RYAN TEDESCO, and Defendants COUNTY OF CARSON CITY, CARSON CITY SHERIFF'S DEPT, and KEN FURLONG, individually, and in his official capacity as Sheriff for COUNTY OF CARSON CITY, by and through their attorneys of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, and each party to bear their own costs

///
///
///
///

- 1 -

and attorney's fees.

Dated this 28th day of August, 2024.

MIDTOWN LAW

By: */s/ Richard Salvatore*
    RICHARD A. SALVATORE, ESQ.
    301 Flint Street
    Reno, NV  89501
    Attorney for Plaintiff

Dated this 28th day of August, 2024.

THORNDAL ARMSTRONG, PC

By: */s/ Katherine Parks*
    KATHERINE F. PARKS, ESQ.
    6590 S. McCarran Blvd, Suite B
    Reno, NV 89509
    Attorney for Defendants
    COUNTY OF CARSON CITY,
    CARSON CITY SHERIFF'S DEPT,
    KEN FURLONG, individually, and
    in his official capacity as Sheriff for
    COUNTY OF CARSON CITY

IT IS SO ORDERED.

DATED: This <u>30th</u> day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE